COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

REHEARING ACTION: July 29, 2015

**Docket Number: 15   00085-KA**

**STATE OF LOUISIANA
VERSUS
DANIEL B. PRINCE**

**Appealed from Acadia Parish Case No. CR 72,189 I & II**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **Daniel B. Prince** has this day been

**DENIED.**
Cooks, J., would grant the rehearing.

Also, the motion to supplement the record filed by the **State of Louisiana** has this day

been

**GRANTED.**
Amy, J., would deny the motion to supplement the record.

cc: Keith A. Stutes, Counsel for the Appellee
    Roger P. Hamilton, Jr., Counsel for the Appellee